# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Case No. _____
(to be filled in by the Clerk's Office)

Michael Shawn Trulove
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

administration and officialsse and Taff Camden adult detention center
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michael Shawn Trulove
All other names by which you have been known:
ID Number: 22568
Current Institution: Camden County Jail
Address: 1 Court Circle Suite 19
Camdenton, MO 65020
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Camden Adult Detention Center
Job or Title (if known): administration and officials and staff
Shield Number:
Employer:
Address: 1 Court Circle Suite 19
Camdenton, MO 65020
City / State / Zip Code
[ ] Individual capacity [X] Official capacity

Defendant No. 2
Name: Julie A Brell
Job or Title (if known): Clerk and Notary
Shield Number: C919 or C947
Employer: will not give names
Address: 1 Court Circle Suite 19
Camdenton, MO 65020
City / State / Zip Code
[ ] Individual capacity [X] Official capacity

Defendant No. 3
- Name: mrs Duncan
- Job or Title (if known): Sargent Duncan
- Shield Number: unknown
- Employer: ~~1 court Circle suite 19~~ Camden detention center
- Address: ~~will not give names~~ 1 court Circle suit 19
- City: camdenton   State: MO   Zip Code: 65020
- [ ] Individual capacity   [X] Official capacity

Defendant No. 4
- Name: Brian Vincent
- Job or Title (if known): un known
- Shield Number: un known
- Employer: camden county detention center
- Address: 1 court Circle suit 19
- City: Camdenton   State: MO   Zip Code: 65020
- [ ] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

   [ ] Federal officials (a *Bivens* claim)

   [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Bill of rights-1
sec. 5 and 6
1 opening of legal mail (religious liberty and practice) crul and inhumain open courts — Treetment or Punishm

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1) on or about march 31st of 2025 at 4:09 pm my legal mail was handed to me open 1st grevince (78616360) 2nd (78620260) 3rd (78649922) 4th (78657997th (78664484) - on April 25th of 2025 at 5:40pm I received legal mail and it was handed to me open) on April 14th of 2025 at 12:30 pm my legal mail was taken from me and put in my property box so I could not send it grevince 1st (78650308) - 2nd (78698072) (78660472) (78886729) (78889938) on April 2nd 2025 at 3:28 pm I went out to the gard station to get some forms notorized and July brell told me that she opens all mail grevince = (78886710) (78620260) (78616360) (78901538) (78905350) on friday 25th 2025 5:40 pm I received legal mail and it was open grevince (78678206) (78886696) on 8/13/25 I was denied higeen shampoo so I could wash with

on 7/17/2025 at 5:20 pm I was placed on lockdown for putting in grevinces about what goes on here and sence 2022

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

11-8-22 my religish rights have been taken from me

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

on April 23rd on or about 9 pm sargent duncen admitted reading my legal mail

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Camden County adult detention center in Camdenton mo 65020

C. What date and approximate time did the events giving rise to your claim(s) occur?

(march 31st aT 4:09 Pm) (april 2nd aT 3:28 Pm) (8/13/25) and (april 19th of 2025 aT 12:30 Pm) and (april 25th of 2025 aT 5:40 Pm)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

10 million $

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Camden County detention center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[X] No

[ ] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[X] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance? on The Phone iT is a avTomaidid sysTem

   ~~a~~ Camden ~~[scribbled]~~ counTy deTenTion cenTer

2. What did you claim in your grievance?

3. What was the result, if any? I geT locked down

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   yes and no I keep geTTing locked down for PuTing in grievances

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I keep geTTing locked down for Them

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I informed Thim and got locked down for iT I goT inTrouble

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

   3. Docket or index number

   4. Name of Judge assigned to your case

   5. Approximate date of filing lawsuit

   6. Is the case still pending?
      ☐ Yes
      ☒ No

      If no, give the approximate date of disposition _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-13-2025

Signature of Plaintiff: Michael Shawn Trulove
Printed Name of Plaintiff: michael Shawn Trulove
Prison Identification #: 22568
Prison Address: 1 Court Circle Suite 19
Camdenton, MO 65020

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 

Telephone Number: 
E-mail Address:

Michael Trulove 225168

Camden County
Adult Detention Center
1 Court Circle Suite 19
Camdenton, MO 65020

CAMDEN COUNTY JAIL

RECEIVED
2025 AUG 25 PM 12:15
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

SCREENED BY
U.S. MARSHALS

U.S. District court
office of the clerk
1510 Whittaker courthouse
400 E. ninth street
kansas city, mo 64106